EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Cecille Marie González Sotomayor | 2019 TSPR 208<br><br>203 DPR \_\_\_\_\_ |

Número del Caso:  TS-18,216

Fecha:  8 de noviembre de 2019

Abogada de la parte peticionaria:

  Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Cecille Marie González Sotomayor

TS-18,216

**RESOLUCIÓN**

San Juan, Puerto Rico, a 8 de noviembre de 2019.

Examinado el expediente, así como la *Moción en solicitud de reinstalación,* se provee ha lugar. Se **reinstala** a la Lcda. Cecille Marie González Sotomayor al ejercicio de la abogacía.

**Publíquese**.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo